UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Mag. No. 1:14-mj-306 |
| ) | |
| ANTHONY MENDOZA VALLE ) | |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on November 13, 2014. Those present included:

    (1) An Assistant United States Attorney for the Government.
    (2) The defendant.
    (3) Attorney Anthony Martinez for defendant.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined defendant was capable of being able to read and understand these proceedings.

The AUSA moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

## Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

    (1) There is probable cause to believe that there has been a violation of 8 U.S.C. § 1326, re-entry of removed alien, committed in the Eastern District of Tennessee.

    (2) There is probable cause to believe the defendant committed the aforesaid offenses.

<u>Conclusions</u>

It is therefore ORDERED:

(1) The defendant is DETAINED without bail.

(2) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Monday, December 1, 2014.**

*Nunc Pro Tunc* to November 13, 2014.

ENTER.

                                              S /*William B. Mitchell Carter*
                                              UNITED STATES MAGISTRATE JUDGE